# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF AMY
FELICIANO, BAR NO. 9596.

No. 81574

FILED

SEP 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF REINSTATEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court grant attorney Amy Feliciano's petition for reinstatement from disability inactive status subject to certain conditions. This court transferred Feliciano to disability inactive status in 2018. *In re Disability of Feliciano*, Docket No. 75557 (Order Granting Petition and Transferring Attorney to Disability Inactive Status, May 11, 2018).

Having considered the record before this court, we conclude that Feliciano has met her burden of demonstrating by clear and convincing evidence that her disability has been removed and that she is fit to resume the practice of law. SCR 117(4). As a condition upon her reinstatement, Feliciano must continue compliance with the treatment recommendations of her neurologist, including follow-up appointments and compliance with medications. *See id.* (permitting this court to impose "any conditions that may be appropriate to protect the attorney's clients or the public"). Additionally, for her first year of reinstatement, she shall complete an additional 12 hours of continuing legal education, not engage in the solo practice of law, and obtain a mentor who is experienced in criminal law and

20-35506

not one of her employers. *See id.* Feliciano shall also pay the SCR 120(1) costs identified in the State Bar's memorandum of costs within 30 days from the date of this order, if she has not done so already.[1]

It is so ORDERED.[2]

_____ Pickering _____, C.J.
Pickering

_____ Gibbons _____, J.
Gibbons

_____ Hardesty _____, J.
Hardesty

_____ Parraguirre _____, J.
Parraguirre

_____ Stiglich _____, J.
Stiglich

_____ Cadish _____, J.
Cadish

cc:     Michael J. Warhola, LLC
        Bar Counsel, State Bar of Nevada
        Executive Director, State Bar of Nevada
        Admissions Office, U.S. Supreme Court

_____

[1]This petition for reinstatement from disability inactive status was marked confidential upon filing. Since we grant the petition, the matter is now public, and we direct the clerk to remove the confidential designation. *See* SCR 121(8).

[2]This is our final disposition of this matter. Any new proceedings concerning Feliciano shall be docketed under a new docket number.

The Honorable Abbi Silver, Justice, voluntarily recused herself from participation in the decision of this matter.